

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00027-CR

_____

CHARLES EDWARD DOYLE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th Judicial District Court
Lamar County, Texas
Trial Court No. 21782

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Charles Edward Doyle has filed a notice of appeal from his conviction on his negotiated plea agreement to the offense of assault-family violence, with a prior conviction for assault-family violence. *See* TEX. PENAL CODE ANN. §§ 22.01, 12.42 (Vernon Supp. 2007). We have now received the certification of Doyle's right of appeal as required by Rule 25.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.2. That certification states that this "is a plea-bargain case, and the defendant has NO right of appeal."

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal. *See* TEX. R. APP. P. 25.2(d). Because the trial court's certification affirmatively shows Doyle has no right of appeal, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

We dismiss the appeal for want of jurisdiction.

Bailey C. Moseley
Justice

Date Submitted:     April 16, 2008
Date Decided:       April 17, 2008

Do Not Publish